JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY GREEN, | Case No. LA CV 17-2846 CAS (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: April 19, 2018

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE